**680**

erroneous ruling, the said judgment is affirmed.

Affirmed.

---

150 So. 926

### Rastus SLATER v. STATE.
4 Div. 981.

Court of Appeals of Alabama.
Nov. 21, 1933.

BRICKEN, Presiding Judge.
Affirmed.

---

142 So. 926

### Charlie Floyd SMITH v. STATE.
5 Div. 875.

Court of Appeals of Alabama.
May 17, 1932.

Rehearing Denied June 30, 1932.

SAMFORD, J.
Affirmed.

---

145 So. 925

### Fleming SMITH v. STATE.
6 Div. 336.

Court of Appeals of Alabama.
Jan. 17, 1933.

SAMFORD, J.
Affirmed.

---

146 So. 925

### Jimmie A. SMITH v. STATE.
8 Div. 731.

Court of Appeals of Alabama.
March 21, 1933.

RICE, Judge.
Affirmed.

---

141 So. 925

### Levi SMITH v. STATE.
4 Div. 851.

Court of Appeals of Alabama.
April 12, 1932.

SAMFORD, J.
Appeal dismissed.

---

140 So. 927

### O. T. SMITH v. STATE.
4 Div. 850.

Court of Appeals of Alabama.
April 5, 1932.

BRICKEN, P. J.
Appeal dismissed.

---

145 So. 925

### Raymond SMITH v. STATE.
6 Div. 432.

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Affirmed.